Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED

2026 SEP 21 AM 9:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY GBA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA v. PLAINTIFF | CASE NUMBER: 2:26-MJ-04880-DUTY |
| Jose Antonio PENA-Gonzalez<br>USMS# ______ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 09/19/2026 at 0700 ☒ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:

   8 U.S.C. § 1326 Illegal Re-Entry
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ~~☒~~ No ☒ Yes Language: ~~Spanish~~
7. Year of Birth: 1976
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: E-mailed Duty
10. Remarks (if any): ______
11. Name: Terrell Dillard (please print)
12. Office Phone Number: 213-294-1734
13. Agency: HSI
14. Signature: [signature]
15. Date: 09/21/2026